IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

CASE NO. 09-04853 SEK

BENITO RODRIGUEZ CENTENO

Chapter 13

MARTA FIGUEROA RIVERA

XXX-XX-0079

XXX-XX-0481

FILED & ENTERED ON 11/05/2010

Debtor(s)

ORDER

Debtor's motion requesting entry of order to participate of the home affordable modification program filed on 10/12/2010 (Docket No. 35) is hereby APPROVED.

San Juan, Puerto Rico, this November 05, 2010.

Sara E. De Jesus Kellogg
U.S. Bankruptcy Judge

C: DEBTOR (S)
   ROBERTO FIGUEROA CARRASQUILLO
   ALEJANDRO OLIVERAS RIVERA