IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

BENITO RODRIGUEZ CENTENO

MARTA FIGUEROA RIVERA

XXX-XX-0079

XXX-XX-0481

Debtors

CASE NO. 09-04853 SEK

Chapter 13

**FILED & ENTERED ON 02/16/2011**

**ORDER**

GRANTED. Banco Popular de PR shall answer Trustee's questions with respect to payment of its claims 7-1 and 6-3 within fourteen (14) days.

**SO ORDERED.**

In San Juan, Puerto Rico, this February 16, 2011.

Sara E. De Jesus Kellogg
U.S. Bankruptcy Judge

c: DEBTORS
ROBERTO FIGUEROA CARRASQUILLO
ALEJANDRO OLIVERAS RIVERA