IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

CASE NO. 09-04853 SEK

BENITO RODRIGUEZ CENTENO

Chapter 13

MARTA FIGUEROA RIVERA

XXX-XX-0079

XXX-XX-0481

FILED & ENTERED ON 02/16/2011

Debtors

**ORDER**

GRANTED. Banco Popular de PR shall answer Trustee's questions with respect to payment of its claims 7-1 and 6-3 within fourteen (14) days.

SO ORDERED.

In San Juan, Puerto Rico, this February 16, 2011.

Sara E. De Jesus Kellogg
U.S. Bankruptcy Judge

c: DEBTORS
ROBERTO FIGUEROA CARRASQUILLO
ALEJANDRO OLIVERAS RIVERA

# CERTIFICATE OF NOTICE

```
District/off: 0104-3          User: ortizva            Page 1 of 1              Date Rcvd: Feb 16, 2011
Case: 09-04853                Form ID: pdf002          Total Noticed: 1
```

The following entities were noticed by first class mail on Feb 18, 2011.
db/jdb      BENITO RODRIGUEZ CENTENO,    MARTA FIGUEROA RIVERA,    VILLA ESPERANZA,   60 BONANZA STREET,
            CAGUAS, PR   00725

The following entities were noticed by electronic transmission.
NONE.                                                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                               TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 18, 2011**                                          **Signature:**     *Joseph Speetjens*